IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMACANN PENN, LLC, : | |
| *Plaintiff*, : | CIVIL ACTION |
| v. : | |
| : | NO. 17-4625 |
| BV DEVELOPMENT : | |
| SUPERSTITION RR, LLC et al. : | |
| *Defendants*. : | |

# ORDER

**AND NOW**, this 14th day of March, 2018, upon consideration of Plaintiff's Motion to Remand (Doc. No. 16), Defendants' Response in Opposition (Doc. No. 21), Plaintiff's Reply in Support (Doc. No. 23), and Plaintiffs Further Reply in Support (Doc. No. 27), **it is HEREBY ORDERED** as follows:

1. The Motion to Remand (Doc. No. 16) is **DENIED**.

2. Defendants' Motion to Supplement Record (Doc. No. 24) is **deemed MOOT**.

3. Plaintiff shall respond to the Motion to Dismiss (Doc. No. 10) no later than April 6, 2018.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE