# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMACANN PENN, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17-cv-04625-GEKP ) |
| BV DEVELOPMENT SUPERSTITION RR, LLC, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) and, as no answer or motion for summary judgment has been filed by any party, plaintiff, PharmaCann Penn, LLC ("PharmaCann"), hereby voluntarily dismisses the above-captioned action.

/s/Robert S. Tintner
ROBERT S. TINTNER, ESQUIRE
JOSHUA HORN, ESQUIRE
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2766
rtintner@foxrothschild.com

Attorneys for Plaintiff,
PharmaCann Penn, LLC

Dated: March 27, 2018

# CERTIFICATE OF SERVICE

I, Robert S. Tintner, Esquire, hereby certify that I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF electronic filing system, which will send automated notification of this filing to all counsel of record on this date and by United States First-Class Mail, postage-pre-paid upon the following:

Jonathan D. Klein, Esquire
Clark Hill PLC
One Commerce Square, Suite 1000
2005 Market Street
Philadelphia, PA  19103

**Counsel for BV Development Superstition RR, LLC**

James T. Smith, Esquire
Lewis W. Schlossberg, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

**Counsel for Removing Defendants**

Western Franklin Mills Corporation
2001 Market Street, 5th Floor
Two Commerce Square
Philadelphia, Pa  19103


Dated:  March 27, 2018	*Robert S. Tintner, Esquire*
	ROBERT S. TINTNER, ESQUIRE